[No. C035569. Third Dist. May 14, 2001.]

ERNESTO LOPEZ et al., Plaintiffs and Appellants, v.
LORI KATHERINE JARRETT et al., Defendants and Respondents.

COUNSEL

Pacheco & Jo, S. Alexandria Jo and Charles A. Pacheco for Plaintiffs and Appellants.

Hardy, Erich, Brown & Wilson and David S. Worthington for Defendant and Respondent Lori Katherine Jarrett.

Hansen, Boyd, Culhane & Watson, Daniel V. Kohls and Betsy S. Kimball for Defendant and Respondent Hardy, Erich, Brown & Wilson.

Carroll, Burdick & McDonough and Angela M. Bradstreet for Defendants and Respondents Stanley J. Bell, Sally Bechthold and Kirk Musacchio.

## OPINION

**THE COURT.**\*—Plaintiffs and appellants, Ernesto Lopez and Aristeo Solorio, and defendants and respondents, Law Offices of Stanley J. Bell, Stanley J. Bell, Sally Bechthold and Kirk Musacchio, have applied to this court for determination of good faith settlement.

■ Such a determination is governed by Code of Civil Procedure section 877.6. The aforementioned parties have cited no authority indicating the provisions of section 877.6 apply to the Court of Appeal. Reading section 877.6 in its entirety, it is apparent the statute applies only to the trial court and not to the Court of Appeal.

The application for determination of good faith settlement is denied.

On June 14, 2001, the opinion was modified to read as printed above.

---

\*Before Sims, Acting P. J., Nicholson, J., and Kolkey, J.